IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT TAYLOR | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| BRIAN COLEMAN, et al. | : | NO.  11-6908 |

**O R D E R**

**AND NOW**, this 13th  day of January, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus and appended exhibits, the response to the petition and appended exhibits, Petitioner's reply, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and Petioner's objections thereto, it is hereby **ORDERED**:

1. Petitioner's objections to the Magistrate Judge's Report and Recommendation are **DENIED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for a writ of habeas corpus is **DENIED** and **DISMISSED**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY  THE  COURT:

/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE